DocuSign Envelope ID: 199F81CE-B768-44DF-990B-38CB96DC179C

This is a copy view of the Authoritive Copy held by the designated custodian

# FINAL LOAN REQUEST



This Final Loan Request dated as of 9/18/2015 is entered into between MyBusinessLoan.com, LLC, a California limited liability company ("Lender"), and Skymedicus Inc., a Indiana corporation ("Borrower"). Borrower also engages or has engaged in business using the following trade name(s): __N/A___.

NOW, THEREFORE, in consideration of the premises, and intending to be legally bound hereby, the parties hereby agree as follows:

1. This Final Loan Request is part of the Loan Documents referenced in the Loan and Security Agreement fully set forth thereof and specifies the Minimum Commitment Amount, Interest Rate, Origination Fee and Repayment terms of the Loan among other things.

2. Where applicable, terms used herein and not otherwise defined shall have the meanings defined in the Loan and Security Agreement. The following terms used herein shall have the following meanings:

   | | |
   |---|---|
   | Chief Executive Office: | 227 S Main St<br>Elkhart, IN 46516 |
   | Minimum Commitment Amount: | $125,000.00 |
   | Interest Rate: | 14% Per Annum |
   | Term: | 24 Months |
   | Payment Amount: | $6,001.61 |
   | Interest Only Period: | 0 Months |
   | Repayment Period: | 24 Months |
   | Repayment Method: | Direct Debit |
   | Origination Fee: | 4% of the Loan Amount ($5,000.00) |
   | Cash Reserve: | $0.00 |
   | Servicing Fee: | $0.00 |

3. During the Interest Only Period, Borrower agrees to pay interest on the principal balance of the Loan on each ONE MONTH anniversary of the Funding Date. The Payment Amount will be due and payable on each ONE MONTH anniversary of the Funding Date during the Repayment Period of the Loan until the Obligations are paid in full in accordance with the Loan Documents.

4. If the Repayment Method specified above is COLLECTION ACCOUNT, Borrower shall direct all of its customers and other account debtors to make payment to the bank account specified by Lender and subject to a control agreement (or equivalent control mechanism) in form and substance satisfactory to Lender (such account, the "Collection Account"). If Borrower receives any payment from its account debtors despite such instructions or despite a failure to give such instructions, Borrower shall hold such payment in trust for Lender and promptly deliver such payment to Lender for deposit into the Collection Account. Borrower agrees that it shall not withdraw any amount or direct any disbursement or other transfer from the Collection Account, or otherwise request or cause any such withdrawal, disbursement or other transfer. The funds in the Collection Account shall be used to establish the Cash Reserve which Lender is entitled to retain during the Term of the Loan. On each ONE MONTH anniversary of the Funding Date, funds in the Collection Account shall be applied to the Obligations in the following order: (i) the Servicing Fee and other fees and expenses owed by Borrower in accordance with the Loan Documents, (ii) accrued but unpaid interest, (iii) unpaid principal due and payable, and (iv) the Cash Reserve. Provided that no Event of Default has occurred and is continuing, excess amounts remaining in the Collection Account after establishment of the Cash Reserve shall be transferred to the Designated Account of Borrower on the first Business Day after such anniversary.

5. If the Repayment Method specified above is DIRECT DEBIT, Borrower authorizes Lender, its agents and affiliates and their respective successors and assigns to debit the Designated Account by ACH transfer for the amount of each such loan payment when due on each such due date. The foregoing authorization is in addition to, and not in limitation of, any rights of setoff that Lender or its agents, affiliates and their respective successors and assigns may have. Borrower shall have the right to change its Designated Account for such ACH transfers by notifying Lender at least ten (10) business days prior to such change in Designated Account. All payments received by Lender shall be applied to principal and interest as set forth above; provided that, upon the occurrence and during the continuance of an Event of Default, payments shall be applied to the Obligations in Lender's sole discretion.

BORROWER:   Skymedicus Inc.

By: *Mark Reder* (DocuSigned by: 7FC08D2B84914A9)
Name: Mark Reder
Title: Vice President

EXHIBIT C

DocuSign Envelope ID: 199F81CE-B768-44DF-990B-38CB96DC179C

This is a copy view of the Authorative Copy held by the designated custodian

# FUNDS TRANSFER AUTHORIZATION



You have the option to have funds credited and debited through various methods. In the absence of instructions to the contrary, MyBusinessLoan.com, LLC ("Lender") will use the information provided on this form.

### DESIGNATED ACCOUNT TO CREDIT FOR FUNDING

| | |
|---|---|
| Bank Name: | NAVY FEDERAL CREDIT UNION |
| Phone: | 888-842-6328 |
| Account Number: | |
| ABA Routing No (ACH): | |
| ABA Routing No (WIRE): | |
| Default Funding Method: | ☒ Wire    ☐ ACH |

### DESIGNATED ACCOUNT TO DEBIT FOR REPAYMENT
(Do Not Complete if Account is Same as Above)

| | |
|---|---|
| Bank Name: | |
| Phone: | |
| Account Number: | |
| ABA Routing No (ACH): | |

**Certification and Acknowledgement:**
I authorize Lender to transfer funds into the above referenced bank account, to be disbursed as indicated on a funding instruction approved by Lender or verbally. I hold Lender harmless for any occurrence relating to the transfer of funds, including delay or non-delivery. Lender is not responsible for content or accuracy of the information contained herein, and hereby authorize Lender to make any corrections or additions to the information contained herein.

Borrower also authorizes Lender, its agents and affiliates and their respective successors and assigns to debit the Designated Account by ACH transfer for (i) the amount of each such loan payment when due on each such due date, or (ii) adjustments to any default, overpayment or error to or from the Bank. The foregoing authorization is in addition to, and not in limitation of, any rights of setoff that Lender or its agents, affiliates and their respective successors and assigns may have. Borrower shall have the right to terminate such ACH authorization or to change its Designated Account for such ACH transfers by notifying Lender at least ten (10) business days prior to such termination or change in Designated Account.

| | |
|---|---|
| **ACCOUNT NAME:** | Skymedicus Inc.<br>227 S Main St<br>Elkhart, IN 46516 |
| By: | *DocuSigned by:* Mark Reder<br>7FC08D2B84914A9... |
| Title: | Vice President |
| Date: | 9/18/2015 |

DocuSign Envelope ID: 199F81CE-B768-44DF-990B-38CB96DC179C

This is a copy view of the Authorative Copy held by the designated custodian

# INSURANCE AUTHORIZATION



| INSURED: | Skymedicus Inc.<br>227 S Main St<br>Elkhart, IN 46516<br><br>Phone: (800) 670-8450<br>Mobile: 5172307095<br>Email: amy@skymedicus.com |
|---|---|
| INSURANCE AGENT: | Name: HISCOX<br>Address: 104 S Michigan Avenue, Chicago, IL 60603<br><br>Phone: 8667390722<br>Fax:<br>Email: contact@hiscox.com |
| LENDER: | MyBusinessLoan.com, LLC<br>1901 Camino Vida Roble, Suite 120<br>Carlsbad, CA 92008<br><br>Phone: (855) 610-5626<br>Fax: (855) 610-0850<br>Email: compliance@dealstruck.com |

The above Insured hereby authorizes and directs Insurance Agent to add Lender as a Certificate Holder for Notice of Cancellation purposes, and as Loss Payee and/or Additional Insured to all applicable commercial insurance policies including general liability, business personal property, and equipment. Insurance Agent is further directed to provide to Lender a certificate of insurance, policy endorsement, and/or any other documents evidencing Lender's interest as Loss Payee and/or Additional Insured.

**INSURED:** Skymedicus Inc.

By: *Mark Reder* (DocuSigned by: 7FC08D2B84914A9...)

Title: Vice President

Date: 9/18/2015



## Certificate Of Completion

Envelope Number: 199F81CEB76844DF990B38CB96DC179C
Subject: Term Loan Documents_ Skymedicus Inc
Source Envelope:
Document Pages: 18  Signatures: 10  Status: Completed
Certificate Pages: 5  Initials: 0  Envelope Originator:
AutoNav: Enabled   Tierra Boyd
EnvelopeId Stamping: Enabled   1901 Camino Vida Roble
   Carlsbad, CA  92008
   tierra@dealstruck.com
   IP Address: 96.43.151.8

## Record Tracking

Status: Original  Holder: Tierra Boyd  Location: DocuSign
  9/18/2015 2:30:06 PM PT   tierra@dealstruck.com
Status: Authoritative Copy  Holder: Tierra Boyd  Location: DocuSign
  9/22/2015 1:55:20 PM PT   tierra@dealstruck.com
Status: Receipt Confirmed  Holder: Tierra Boyd  Location: Dealstruck Inc.
  9/22/2015 1:55:51 PM PT   tierra@dealstruck.com

## Signer Events | Signature | Timestamp

**Mark Reder**
mark@skymedicus.com
Security Level: Email, Account Authentication (None), Authentication

*[Signature: Mark Reder — DocuSigned by: 7FC08D2B84914A9...]*

Using IP Address: 73.184.153.145

Sent: 9/18/2015 2:32:08 PM PT
Viewed: 9/18/2015 5:11:35 PM PT
Signed: 9/18/2015 5:18:36 PM PT

**Authentication Details**
ID Check:

Transaction: 14020798810489
  Result: passed
  Vendor ID: LexisNexis
  Type: iAuth
  Performed: 9/19/2015 12:11:17 AM GMT

Question Details:
  passed   person.age.real
  passed   corporate.association.real
  passed   property.purchasedfrom.fake
  failed   person.state.real
  passed   corporate.association.real
  passed   property.street.in.city.real

Electronic Record and Signature Disclosure:
  Accepted: 9/18/2015 5:11:35 PM PT
  ID: 23d95147-44ad-4b1f-96ec-c70131c1834c

**AMY HOLCOMB**
amy@skymedicus.com
Security Level: Email, Account Authentication (None)

*[Signature: Amy Holcomb — DocuSigned by: 58FB2646831B4BD...]*

Using IP Address: 70.193.130.228
Signed using mobile

Sent: 9/18/2015 2:32:08 PM PT
Viewed: 9/18/2015 4:52:38 PM PT
Signed: 9/18/2015 4:52:50 PM PT

Electronic Record and Signature Disclosure:
  Accepted: 9/18/2015 4:52:38 PM PT
  ID: 9e775b9b-5bf9-4c03-b3e9-52c59e85722f

**Rudy Navarro**
rudy@dealstruck.com
Vice President
Dealstruck Inc.
Security Level: Email, Account Authentication (None)

*[Signature: Rudy Navarro — DocuSigned by: 26DF72E184FD457...]*

Using IP Address: 12.175.64.42

Sent: 9/18/2015 5:18:39 PM PT
Viewed: 9/22/2015 1:54:49 PM PT
Signed: 9/22/2015 1:55:16 PM PT

Electronic Record and Signature Disclosure:
  Not Offered
  ID:

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Dealstruck Compliance<br>compliance@dealstruck.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 9/18/2015 5:18:39 PM PT<br>Viewed: 9/21/2015 7:50:09 AM PT |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 2/19/2015 11:53:41 AM PT<br>    ID: d35b38cd-4218-4bc1-9948-6766fea7edb0 | | |

| Notary Events | | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 9/18/2015 5:18:39 PM PT |
| Certified Delivered | Security Checked | 9/22/2015 1:54:49 PM PT |
| Signing Complete | Security Checked | 9/22/2015 1:55:17 PM PT |
| Completed | Security Checked | 9/22/2015 1:55:17 PM PT |

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 4/12/2013 10:11:02 PM
Parties agreed to: Mark Reder, AMY HOLCOMB, Dealstruck Compliance

**CONSUMER DISCLOSURE**
From time to time, Dealstruck Inc. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the Ã¡I agreeÃ† button at the bottom of this document.

**Getting paper copies**
At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**
If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**
If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign Ã´Withdraw ConsentÃ¶ form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**
Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Dealstruck Inc.:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: help@dealstruck.com

**To advise Dealstruck Inc. of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at help@dealstruck.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Dealstruck Inc.**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to help@dealstruck.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Dealstruck Inc.**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
>i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
>ii. send us an e-mail to help@dealstruck.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000Â¬ or WindowsXPÂ¬ |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0Â¬ or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0Â¬, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Ã² Allow per session cookies<br>Ã² Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to

other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the Ã¡I agreeÃ† button below.

By checking the Ã¡I AgreeÃ† box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Dealstruck Inc. as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Dealstruck Inc. during the course of my relationship with you.